

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2016

No. 04-16-00546-CR

The **STATE** of Texas,
Appellant

v.

James Matthew **HOLCOMBE,**
Appellee

From the County Court, Wilson County, Texas
Trial Court No. 15-02-0049-CRC
Richard L. Jackson, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file their brief is GRANTED. The appellant's brief is due on November 3, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court